AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humrickhouse, Stephani W. | Bankruptcy Court - Eastern District of North Carolina | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court (FT) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Third Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member/Manager | SSJH, LLC |
| 2. | Adjunct Professor of Law | Campbell University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Compensation Agreement with Nicholls & Crampton, P.A. (former law firm compensation agreement for work performed prior to my taking the bench) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Nicholls & Crampton, P.A. (1099) | $3,804.20 |
| 2. 2011 | Campbell University | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | FMI Corp W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | 06/02/11 - 06/04/11 | Myrtle Beach, SC | Bankruptcy Seminar | Lodging |
| 2. | National Conference of Bankruptcy Judges | 10/11/11 - 10/14/11 | Tampa, FL | Annual Conference/ Seminar | Lodging |
| 3. | North Carolina Bar Association | 11/17/11 - 11/20/11 | Asheville, NC | Annual Bankruptcy Conference | Lodging, mileage, meals |
| 4. | National Association of Consumer Bankruptcy Attorneys | 04/13/11 - 04/17/11 | Washington, DC | Annual Convention Speaker | Lodging, mileage, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fidelity Bank | Mortgage on rental house in ____ , NC | M |
| 2. | North State Bank | Line of Credit | K |
| 3. | FMI Corp. | Stock Purchase | K |
| 4. | Diners Club | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lazard Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 2. American Beacon Large Cap Value Fund | A | Dividend | | | Buy | 01/01/11 | J | | |
| 3. | | | | | Sold | 10/01/11 | J | | |
| 4. American Funds Growth Fund of America | A | Dividend | | | Sold | 10/01/11 | M | D | |
| 5. Allianz Small Cap Value ADM Fund | A | Dividend | M | T | | | | | |
| 6. Black Rock Equity | A | Dividend | M | T | Buy | 10/1/11 | M | | |
| 7. Goldman Sachs MidCap Value A Fund | A | Dividend | J | T | Sold (part) | 10/01/11 | M | D | |
| 8. New Fund Mainstay Large Cap Growth Fund | A | Dividend | M | T | Buy | 10/01/11 | M | | |
| 9. Thornburg International Value R/3 Fund | A | Dividend | L | T | | | | | |
| 10. Janus Overseas Fund Class S | A | Dividend | L | T | Sold (part) | 10/01/11 | J | | |
| 11. PIMCO Total Return/ADM | A | Dividend | M | T | | | | | |
| 12. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 13. William Blair International Growth Fund | A | Dividend | J | T | | | | | |
| 14. Columbia Marsico Growth Fund, Class A | A | Dividend | J | T | | | | | |
| 15. Davis NY Venture Fund, Class Y | A | Dividend | J | T | | | | | |
| 16. Wells Fargo Equity Index Fund (formerly Wachovia) | A | Dividend | J | T | Sold (part) | 10/01/11 | L | C | |
| 17. Western Asset Money Market - Class A Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 19. Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 20. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | A | Dividend | M | T | | | | | |
| 21. Etrade | | | | | | | | | |
| 22. -Ford Motor Stock (common) | | None | J | T | Buy | 02/03/11 | J | | |
| 23. -JP Morgan Municipal Fund | A | Interest | J | T | | | | | |
| 24. -Applied Materials Stock (common) | A | Dividend | | | Sold | 09/20/11 | J | | |
| 25. -Corning Inc. Stock (common) | A | Dividend | J | T | | | | | |
| 26. Vanguard Brokerage Acct | | | | | | | | | |
| 27. -Caterpillar, Inc. Stock (common) | A | Dividend | K | T | | | | | |
| 28. -Ford Motor Co. Stock (common) | | None | J | T | | | | | |
| 29. Vanguard Short Term Tax Exempt Bond Fund | C | Dividend | N | T | | | | | |
| 30. Vanguard Prime Money Mkt Fund | A | Dividend | J | T | | | | | |
| 31. Fidelity Municipal Money Mkt | A | Interest | J | T | | | | | |
| 32. Fisher/Morgan Stanley Man. Inv. Acct. (no control) | E | Dividend | O | T | | | | | |
| 33. -AAUKY | A | Dividend | | | Sold | 11/22/11 | J | | |
| 34. -ABB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ADBE | | None | | | Sold | 06/20/11 | J | | |
| 36. -AMAT | A | Dividend | | | Sold | 12/15/11 | J | A | |
| 37. -AMX | A | Dividend | | | Sold | 11/21/11 | J | | |
| 38. -APC | A | Dividend | J | T | Sold (part) | 05/20/11 | J | D | |
| 39. -AXAHY | A | Dividend | | | Sold | 11/22/11 | J | | |
| 40. -BA | A | Dividend | J | T | | | | | |
| 41. -BASFY | A | Dividend | K | T | | | | | |
| 42. -BBD | A | Dividend | | | Sold | 11/21/11 | J | A | |
| 43. -BIDU | A | Dividend | J | T | | | | | |
| 44. -BNPQY | A | Dividend | | | Sold | 10/18/11 | J | | |
| 45. -BNS | A | Dividend | | | | | | | |
| 46. -BHP | A | Dividend | J | T | | | | | |
| 47. -CCL | A | Dividend | | | Sold | 03/03/11 | J | D | |
| 48. -CAT | A | Dividend | J | T | Sold (part) | 05/17/11 | J | D | |
| 49. -CEO | | None | | | Sold | 11/21/11 | J | | |
| 50. -CSCO | | None | J | T | Buy | 01/14/11 | J | | |
| 51. -CVE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -CHEUY | A | Dividend | | | Sold | 11/21/11 | J | | |
| 53.  -CVX | A | Dividend | | | Sold | 04/28/11 | J | C | |
| 54.  -CS | A | Dividend | | | Sold | 10/19/11 | J | | |
| 55.  -DE | A | Dividend | J | T | | | | | |
| 56.  -DOV | A | Dividend | J | T | | | | | |
| 57.  -EEM | A | Dividend | | | Sold | 02/14/11 | K | D | |
| 58.  -EMC | A | Dividend | J | T | | | | | |
| 59.  -EMR | A | Dividend | J | T | | | | | |
| 60.  -FO/BEAM | A | Dividend | | | Sold | 02/16/11 | K | D | |
| 61.  -GSK | A | Dividend | K | T | Buy | 04/28/11 | J | | |
| 62.  -HPQ | A | Dividend | | | Sold | 02/24/11 | J | | |
| 63.  -HMC | A | Dividend | J | T | | | | | |
| 64.  -HON | A | Dividend | J | T | | | | | |
| 65.  -INTC | A | Dividend | J | T | | | | | |
| 66.  -JCP | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 67.  -JNJ | A | Dividend | J | T | Buy | 04/27/11 | J | | |
| 68. | | | | | Buy | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/22/11 | J | | |
| 70. -MOS | | None | | | Sold | 11/22/11 | J | | |
| 71. -MSFT | A | Dividend | | | Sold | 11/22/11 | J | | |
| 72. -MTU | A | Dividend | | | Sold | 11/21/11 | J | | |
| 73. -NOV | A | Dividend | J | T | | | | | |
| 74. -NSRGY | A | Dividend | K | T | | | | | |
| 75. -OXY | A | Dividend | J | T | Sold (part) | 05/19/11 | J | D | |
| 76. -ORCL | A | Dividend | K | T | | | | | |
| 77. -PG | A | Dividend | J | T | | | | | |
| 78. -PNC | A | Dividend | | | Sold | 11/21/11 | J | | |
| 79. -PPG | A | Dividend | K | T | | | | | |
| 80. -PC | A | Dividend | | | Sold | 02/04/11 | J | B | |
| 81. -RIG | | None | | | Sold | 04/27/11 | J | B | |
| 82. -RTP/RIO | A | Dividend | J | T | | | | | |
| 83. -RHHBY | A | Dividend | | | Sold | 11/21/11 | J | | |
| 84. -SCCO/PCU | B | Dividend | J | T | Sold (part) | 05/17/11 | J | D | |
| 85. | | | | | Buy | 08/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SLB | A | Dividend | K | T | | | | | |
| 87. -SI | A | Dividend | K | T | | | | | |
| 88. -SNE | A | Dividend | | | Sold | 04/02/11 | J | | |
| 89. -SPY | A | Dividend | M | T | Sold (part) | 01/14/11 | K | B | |
| 90. -STD/SAN | A | Dividend | | | Sold | 11/22/11 | J | A | |
| 91. -TGT | A | Dividend | | | Sold | 03/18/11 | J | B | |
| 92. -TIF | A | Dividend | K | T | | | | | |
| 93. -TWX | A | Dividend | J | T | | | | | |
| 94. -TWC | A | Dividend | J | T | | | | | |
| 95. -UN | A | Dividend | K | T | | | | | |
| 96. -UNP | A | Dividend | K | T | | | | | |
| 97. -UTX | A | Dividend | J | T | | | | | |
| 98. -VALE | A | Dividend | J | T | | | | | |
| 99. -WFC | A | Dividend | | | Sold | 11/22/11 | J | | |
| 100. -WMT | A | Dividend | J | T | | | | | |
| 101. --Abbott Labs (ABT) | A | Dividend | K | T | Buy | 02/28/11 | J | | |
| 102. -Allergan Inc (AGN) | A | Dividend | J | T | Buy | 05/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Amazon.Com (AMZN) | A | Dividend | J | T | Buy | 02/29/11 | J | | |
| 104. -GoogleInc CLA (GOOG) | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 105. -HITACHI LTD (HIT) | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 106. -International Business Machines (IBM) | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 107. -IShares China 25 (FXI) | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 108. -IShares Japan (AAXJ) | A | Dividend | J | T | Buy | 10/19/11 | J | | |
| 109. -IShares EAFE (EFA) | A | Dividend | L | T | Buy | 11/22/11 | L | | |
| 110. -Pfizer Inc. (PFE) | A | Dividend | J | T | Buy | 03/14/11 | J | | |
| 111. -Qualcom Inc. (QCOM) | A | Dividend | J | T | Buy | 03/15/11 | J | | |
| 112. -BNP Parabis (BNP) | A | Dividend | | | Sold | 10/18/11 | J | | |
| 113. -Credit Suisse (SGN) | A | Dividend | | | Sold | 10/19/11 | J | B | |
| 114. -Exxon Mobil (XOM) | A | Dividend | | | Buy | 02/14/11 | K | | |
| 115. | | | | | Sold | 11/22/11 | K | | |
| 116. -General Electric (GE) | A | Dividend | | | Buy | 01/14/11 | J | | |
| 117. | | | | | Buy | 04/29/11 | J | | |
| 118. | | | | | Sold | 11/22/11 | J | | |
| 119. -Halliburton Co. (HAL) | A | Dividend | | | Buy | 06/20/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/22/11 | J | | |
| 121. -Medtronics (MDT) | A | Dividend | | | Buy | 05/20/11 | J | | |
| 122. | | | | | Sold | 11/22/11 | J | | |
| 123. -NetApp (NTAP) | A | Dividend | | | Buy | 03/18/11 | J | | |
| 124. | | | | | Sold | 11/22/11 | J | | |
| 125. -SANOFI (SNY) | A | Dividend | | | Buy | 03/01/11 | J | | |
| 126. | | | | | Sold | 11/22/11 | J | | |
| 127. Durham Arvin Partnership | | None | K | W | | | | | |
| 128. _____, NC Rental Prop. (Brunswick Co. NC) | D | Rent | N | W | | | | | |
| 129. Scott & Stringfellow IRA -Managed Account | C | Dividend | O | T | | | | | |
| 130. -Mohawk Ind | | None | J | T | | | | | |
| 131. -Walmart Stores | A | Dividend | K | T | | | | | |
| 132. -Colgate Palmolive | A | Dividend | K | T | | | | | |
| 133. -Proctor & Gamble | A | Dividend | K | T | | | | | |
| 134. -Conoco Philips | A | Dividend | K | T | | | | | |
| 135. -Occidental Petro | A | Dividend | K | T | | | | | |
| 136. -American Express | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Berkley W.R. Corp. | A | Dividend | | | Sold | 01/06/11 | J | | |
| 138. -Berkshire Hathaway | | None | K | T | Buy | 01/11/11 | J | | |
| 139. | | | | | Buy | 08/10/11 | J | | |
| 140. -Brookfield Asset Man. | A | Dividend | K | T | | | | | |
| 141. -Fairfax Fin. | A | Dividend | K | T | Buy | 01/11/11 | J | | |
| 142. -Leucadia Nat. | A | Dividend | K | T | Buy | 12/18/11 | J | | |
| 143. -Markel | | None | | | Sold | 01/25/11 | J | | |
| 144. USBankcorp | A | Dividend | K | T | | | | | |
| 145. -Wells Fargo | A | Dividend | K | T | | | | | |
| 146. -Becton Dickinson | A | Dividend | K | T | | | | | |
| 147. -Johnson & Johnson | B | Dividend | K | T | Buy | 03/16/11 | J | | |
| 148. -Automatic Data Processing Inc. | A | Dividend | | | Sold | 03/31/11 | J | | |
| 149. -Winthrop Realty Tr. | A | Dividend | K | T | Buy | 01/11/11 | J | | |
| 150. -Mutual Beacon FD | B | Dividend | | | Sold | 08/22/11 | L | | |
| 151. -FPA New Income Mutual Fund | B | Dividend | | | Sold (part) | 04/12/11 | K | | |
| 152. | | | | | Sold | 12/02/11 | K | | |
| 153. -Federated Inst. Primo (Fipo) | A | Dividend | | | Sold | 07/08/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Kraft Foods | A | Dividend | K | T | | | | | |
| 155. -Federated Treasury Fund | A | Dividend | L | T | Buy | 07/08/11 | L | | |
| 156. -Alleghany Corp. DE | A | Dividend | K | T | Buy | 12/01/11 | K | | |
| 157. | | | | | Buy | 12/22/11 | J | | |
| 158. -Google Inc. CLA | A | Dividend | K | T | Buy | 09/09/11 | J | | |
| 159. -Jefferies Group Inc. New | A | Dividend | J | T | Buy | 04/08/11 | J | | |
| 160. | | | | | Buy | 05/25/11 | J | | |
| 161. | | | J | T | Buy | 08/30/11 | J | | |
| 162. -Loews Corp. | A | Dividend | K | T | Buy | 04/12/11 | K | | |
| 163. -Microsoft Corp | A | Dividend | K | T | Buy | 01/28/11 | K | | |
| 164. | | | K | T | Buy | 03/28/11 | J | | |
| 165. -Starwood Prop. Trust (STWD) | B | Dividend | K | T | Buy | 09/29/11 | K | | |
| 166. -Valeant Pharm. Int'l | | None | K | T | Buy | 09/09/11 | J | | |
| 167. Nationwide Insurance | | None | J | T | | | | | |
| 168. Equitable Insurance | | None | L | T | | | | | |
| 169. National Life Insurance | | None | J | T | | | | | |
| 170. PNC Health Savings Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. North State Bank | A | Interest | J | T | | | | | |
| 172. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 173. FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 174. Health Savings Account (Y) | | | | | | | | | |
| 175. ACS/Mellon Health Savings Account | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

Line 112 BNP Parabis - stock omitted erroneously from 2010 report. Purchased 05/29/08, cost code J
Line 113 Credit Susse - stock omitted erroneously from 2010 report. Purchased 02/19/03, cost code J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544